# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ANTHONY DALE SMITH,<br>[DOB: 02/26/1982],<br><br>          Defendant. | Case No. 18-00161-01-CR-W-SRB<br><br>**COUNT ONE:**<br>**Attempted Distribution of Child Pornography Over the Internet**<br>18 U.S.C. § 2252(a)(2)<br>NLT: 5 Years Imprisonment<br>NMT: 20 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 5 Years to Life<br>Class C Felony<br><br>**Forfeiture Allegation**<br><br>$100 Mandatory Special Assessment |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about May 22, 2018, the date being approximate, in the Western District of Missouri and elsewhere, **ANTHONY DALE SMITH**, defendant, using any means or facility of interstate or foreign commerce, knowingly attempted to distribute a visual depiction, that had been shipped and transported in or affecting interstate and foreign commerce by any means including by computer, and the visual depiction contained material which had been shipped and transported in interstate and foreign commerce by any means including by computer, and the production of the

visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

Respectfully submitted,

Timothy A. Garrison

United States Attorney

By: */s/ Catherine A. Connelly*
Catherine A. Connelly
Assistant United States Attorney

Dated: *October 21, 2019*